IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 4:17CR 00203 DPM |
| vs. | ) |
| | ) |
| GEORGE B. JONES JR., | ) |
| CHARLES EDWARD HESTER JR., aka Charles Hester | ) |
| KARLEN G. INGRAM, | ) **FILED UNDER SEAL** |
| BRODERIC C. GILLUM, | ) |
| DERRICK A. HESTER JR. | ) 21 U.S.C. § 846 |
| SEQUOIA C. INGRAM, aka Trez, | ) 21 U.S.C. § 841(a)(1) |
| CHARLES MOTEN JR., aka Fuzz, | ) 21 U.S.C. § 841(b)(1)(B) |
| JEROME HATTON, aka Gerome Hatton, | ) 21 U.S.C. § 841(b)(1)(C) |
| TRACY M. HESTER, | ) |
| JANICE R. JONES, | ) |
| MICHAEL J. BREWER, | ) |
| CORNELIUS J. THOMPSON, | ) |
| CEDRIC D. CURTIS, aka Sycamore | ) |
| CALVIN R. MCDANIEL, aka Cadillac, Rapp, Mack, | ) |
| DAVID Q. SMOTHERS, aka Quincy, | ) |
| ERIC J. ANDERSON, | ) |
| TAMMY L. FRANKS | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

1.      Beginning in or about September 2015, and continuing through in or about April 2017, in the Eastern District of Arkansas, and elsewhere,

GEORGE B. JONES JR.,
CHARLES EDWARD HESTER JR., aka Charles Hester,
KARLEN G. INGRAM,
BRODERIC C. GILLUM,
DERRICK A. HESTER JR.

1

SEQUOIA C. INGRAM, aka Trez,
CHARLES MOTEN JR., aka Fuzz,
JEROME HATTON, aka Gerome Hatton,
TRACY M. HESTER,
JANICE R. JONES,
CORNELIUS J. THOMPSON,
CEDRIC D. CURTIS, aka Sycamore,
CALVIN R. MCDANIEL, aka Cadillac, Rapp, Mack,
DAVID Q. SMOTHERS, aka Quincy,
ERIC J. ANDERSON,
TAMMY L. FRANKS,

defendants herein, conspired and agreed with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendants GEORGE B. JONES, JR., CHARLES EDWARD HESTER JR., aka Charles Hester, KARLEN G. INGRAM, BRODERIC C. GILLUM, DERRICK A. HESTER JR., SEQUOIA C. INGRAM, aka Trez, CHARLES MOTEN JR., aka Fuzz, and TRACY M. HESTER, the amount of cocaine involved in the conspiracy attributable to each of them as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is 500 grams or more, but less than 5 kilograms, of a mixture and substance containing cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendants, JEROME HATTON, aka Gerome Hatton, JANICE R. JONES, CORNELIUS J. THOMPSON, CEDRIC D. CURTIS, aka Sycamore, CALVIN

R. MCDANIEL, aka Cadillac, Rapp, Mack, DAVID Q. SMOTHERS, aka Quincy, ERIC J. ANDERSON,, TAMMY L. FRANKS, the amount of cocaine involved in the conspiracy attributable to each of them as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is less than 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From in or about September 2015, through in or about April 2017, in the Eastern District of Arkansas and elsewhere, the defendants,

KARLEN G. INGRAM,
BRODERIC C. GILLUM,
SEQUOIA C. INGRAM, aka Trez,
CHARLES MOTEN JR., aka Fuzz,
MICHAEL J. BREWER,
CEDRIC D. CURTIS, aka Sycamore,
CALVIN R. MCDANIEL, aka Cadillac, Rapp, Mack,
DAVID Q. SMOTHERS, aka Quincy,

conspired with each other and other persons known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to KARLEN G. INGRAM, BRODERIC C. GILLUM, SEQUOIA C. INGRAM, aka Trez, CHARLES MOTEN JR., aka Fuzz, MICHAEL J. BREWER,

CEDRIC D. CURTIS, aka Sycamore, CALVIN R. MCDANIEL, aka Cadillac, Rapp, Mack, , the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is at least 28 grams, but less than 280 grams, of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to DAVID Q. SMOTHERS, aka Quincy, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about February 22, 2017, in the Eastern District of Arkansas, the defendant,

GEORGE B. JONES JR.,

knowingly and intentionally possessed with the intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about February 22, 2017, in the Eastern District of Arkansas, the defendants,

GEORGE B. JONES JR. and JANICE R. JONES,

knowingly and intentionally possessed with the intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about September 22, 2015, in the Eastern District of Arkansas, the defendant,

KARLEN G. INGRAM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about September 23, 2015, in the Eastern District of Arkansas, the defendant,

KARLEN G. INGRAM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about December 9, 2015, in the Eastern District of Arkansas, the defendant,

KARLEN G. INGRAM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about December 30, 2015, in the Eastern District of Arkansas, the defendant,

KARLEN G. INGRAM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about December 30, 2015, in the Eastern District of Arkansas, the defendant,

KARLEN G. INGRAM,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about January 19, 2016, in the Eastern District of Arkansas, the defendant,

KARLEN G. INGRAM,

knowingly and intentionally distributed at least 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 11

On or about February 23, 2017, in the Eastern District of Arkansas, the defendants,

KARLEN G. INGRAM and CHARLES MOTEN JR., aka Fuzz,

knowingly and intentionally possessed with the intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about April 13, 2017, in the Eastern District of Arkansas, the defendants,

KARLEN G. INGRAM and CHARLES MOTEN JR., aka Fuzz,

knowingly and intentionally possessed with the intent to distribute less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13

On or about April 13, 2017, in the Eastern District of Arkansas, the defendants,

KARLEN G. INGRAM and CHARLES MOTEN JR., aka Fuzz,

knowingly and intentionally possessed with the intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 14

A.  Prior to April 13, 2017, the defendant,

KARLEN G. INGRAM,

had previously been convicted as follows:

    1.  In the Circuit Court of Crittenden County for possession of a controlled substance, in criminal case CR 2002-390, on or about May 28, 2002;

    2.  In the Circuit Court of Crittenden County for simultaneous possession of drugs and firearms, in criminal case CR 2002-391, on or about May 28, 2002;

    3.  In the Circuit Court of Crittenden County for fleeing, leaving the scene of an accident, battery II, in criminal case CR 2008-757, on or about September 29, 2009;

B.  The crimes set forth in paragraph A above were punishable by terms of

imprisonment exceeding one year.

    C.      On or about April 13, 2017, in the Eastern District of Arkansas,

**KARLEN G. INGRAM,**

did knowingly possess one or more of the following ammunition in and affecting commerce: seven (7) rounds of Winchester 38 special ammunition, and thirty-seven (37) rounds of 9 millimeter Winchester ammunition, thereby violating Title 18, United States Code, Section 922(g)(1).

## **COUNT 15**

On or about October 29, 2015, in the Eastern District of Arkansas, the defendant,

**BRODERIC C. GILLUM,**

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT 16**

On or about October 29, 2015, in the Eastern District of Arkansas, the defendant,

**BRODERIC C. GILLUM,**

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 17

On or about December 1, 2015, in the Eastern District of Arkansas, the defendant,

BRODERIC C. GILLUM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 18

On or about December 1, 2015, in the Eastern District of Arkansas, the defendant,

BRODERIC C. GILLUM,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 19

On or about January 12, 2016, in the Eastern District of Arkansas, the defendant,

BRODERIC C. GILLUM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 20

On or about March 8, 2016, in the Eastern District of Arkansas, the defendant,

BRODERIC C. GILLUM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 21

On or about November 2, 2016, in the Eastern District of Arkansas, the defendant,

BRODERIC C. GILLUM,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 22

On or about September 23, 2015, in the Eastern District of Arkansas, the defendant,

SEQUOIA C. INGRAM, aka Trez,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 23

On or about September 29, 2015, in the Eastern District of Arkansas, the defendant,

SEQUOIA C. INGRAM, aka Trez,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 24

On or about February 9, 2016, in the Eastern District of Arkansas, the defendant,

SEQUOIA C. INGRAM, aka Trez,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 25

On or about March 10, 2016, in the Eastern District of Arkansas, the defendant,

SEQUOIA C. INGRAM, aka Trez,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 26

On or about January 25, 2017, in the Eastern District of Arkansas, the defendant,

CHARLES MOTEN JR., aka Fuzz,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 27

On or about May 13, 2016, in the Eastern District of Arkansas, the defendant,

JEROME HATTON, aka Gerome Hatton,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 28

On or about July 25, 2016, in the Eastern District of Arkansas, the defendant,

JEROME HATTON, aka Gerome Hatton,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 29

On or about September 27, 2016, in the Eastern District of Arkansas, the defendant,

TRACY M. HESTER,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 30

On or about November 1, 2016, in the Eastern District of Arkansas, the defendant,

TRACY M. HESTER,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 31

On or about January 27, 2016, in the Eastern District of Arkansas, the defendant,

MICHAEL J. BREWER,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 32

On or about February 10, 2016, in the Eastern District of Arkansas, the defendant,

MICHAEL J. BREWER,

knowingly and intentionally distributed less than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 33

On or about February 1, 2016, in the Eastern District of Arkansas, the defendant,

CEDRIC D. CURTIS, aka Sycamore,

knowingly and intentionally distributed less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **FORFEITURE ALLEGATION 1**

Upon conviction of one or more of the offenses alleged in Counts 1 through 33, of this Indictment, the defendants,

GEORGE B. JONES JR.,
CHARLES EDWARD HESTER JR., aka Charles Hester,
KARLEN G. INGRAM,
BRODERIC C. GILLUM,
DERRICK A. HESTER JR.
SEQUOIA C. INGRAM, aka Trez,
CHARLES MOTEN JR., aka Fuzz,
JEROME HATTON, aka Gerome Hatton,
TRACY M. HESTER,
JANICE R. JONES,
MICHAEL BREWER,
CORNELIUS THOMPSON,
CEDRIC D. CURTIS, aka Sycamore,
CALVIN R. MCDANIEL, aka Cadillac, Rapp, Mack,
DAVID Q. SMOTHERS, aka Quincy,
ERIC J. ANDERSON,
TAMMY L. FRANKS,

shall forfeit to the United States, under 21 U.S.C. § 853(a), all property, constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of the offense(s).

## **FORFEITURE ALLEGATION 2**

Upon conviction of one or more of the offenses alleged in Counts 1 through 33 of this Indictment, the defendants,

GEORGE B. JONES JR.,
CHARLES EDWARD HESTER JR., aka Charles Hester,
KARLEN G. INGRAM,
BRODERIC C. GILLUM,
DERRICK A. HESTER JR.
SEQUOIA C. INGRAM, aka Trez,
CHARLES MOTEN JR., aka Fuzz,
JEROME HATTON, aka Gerome Hatton,
TRACY M. HESTER,
JANICE R. JONES,
MICHAEL BREWER,
CORNELIUS THOMPSON,
CEDRIC D. CURTIS, aka Sycamore,
CALVIN R. MCDANIEL, aka Cadillac, Rapp, Mack,
DAVID Q. SMOTHERS, aka Quincy,
ERIC J. ANDERSON,
TAMMY L. FRANKS,

shall forfeit to the United States, pursuant to 21 USC §853(a), 28 U.S.C. 2461(c), all property used , or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).

## **FORFEITURE ALLEGATION 3**

Upon conviction of one or more of the offenses alleged in Count 14 of this Indictment, the defendant,

KARLEN G. INGRAM,

shall forfeit to the United States, pursuant to 18 U.S.C. §924(d), 21 USC §853(a), 28 U.S.C. 2461(c), all ammunition involved in or used in the commission of the offense and any all ammunition used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.